1 LATHAM & WATKINS LLP
2    David A. Barrett (Bar No. 138096)
   *david.barrett@lw.com*
3    Daniel Scott Schecter (Bar No. 171472)
   *daniel.schecter@lw.com*
4    James H. Moon (Bar No. 268215)
   *james.moon@lw.com*
5 355 South Grand Avenue
6 Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
7 Facsimile: +1.213.891.8763

8 LATHAM & WATKINS LLP
9    Thomas J. Heiden (*pro hac vice*)
   *thomas.heiden@lw.com*
10    Michael J. Nelson (*pro hac vice*)
   *michael.nelson@lw.com*
11 233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606-1304
12 Telephone: +1.312.876.7700
13 Facsimile: +1.312.993.9767

14 Attorneys for Defendants

15 **UNITED STATES DISTRICT COURT**

16 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOB GRANT; DR. CLINTON JONES; WALTER ROBERTS, III; MARVIN COBB; and BERNARD PARRISH,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation; and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a NFL PLAYERS, a Virginia corporation,<br><br>Defendants. | Case No. CV11-03118 RGK (FFMx)<br>Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>*[Notice of Motion and Motion for Summary Judgment; Proposed Statement of Undisputed Facts and Conclusions of Law; Request for Judicial Notice, and Declarations of Andre Collins, Dexter Santos, and Daniel Scott Schecter Filed Concurrently]*<br><br>Date: May 21, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 850 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants National Football League Players Association and National Football League Players Incorporated's ("Defendants") Motion for Summary Judgment came on for regularly scheduling hearing before the Court on May 21, 2012. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, that plaintiffs Bob Grant, Dr. Clinton Jones, Walter Roberts III, Marvin Cobb, and Bernard Parrish take nothing by way of their First Amended Complaint; that their First and Second Claims for Relief for breach of fiduciary duty and an accounting be dismissed on the merits as to Defendants; and that Defendants recover their costs.

Dated: 05.23, 2012

Hon. R. Gary Klausner
United States District Judge